Arthur T. DONALDSON, Plaintiff-Respondent-Petitioner,

v.

BOARD OF COMMISSIONERS OF ROCK-KOSHKONONG LAKE DISTRICT, Defendant-Appellant.

Supreme Court

*No. 01–3396. Decided October 29, 2004.*

2004 WI 130

(Also reported in 688 N.W.2d 653.)

¶ 1. PER CURIAM.   The motion for reconsideration is denied, with $50.00 costs.

¶ 2.   LOUIS B. BUTLER, JR., J., did not participate.